UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE PAINTERS UNION
DEPOSIT FUND, a voluntary
unincorporated trust,

        Plaintiff,

-vs-                                                        Case No. 06-11132
                                                            Hon. Paul D. Borman

COMMERCIAL INTERIOR SYSTEMS, INC.,
a Michigan corporation, and DONALD
FERGUSON, Individually, jointly and
severally,

        Defendants.
_____/
RICHARD M. SELIK (P24276)
STEPHEN D. KURSMAN (P37902)
FINKEL, WHITEFIELD, SELIK,
FERRARA & FELDMAN, P.C.
Attorneys for Plaintiff
32300 Northwestern Highway, #200
Farmington Hills, Michigan 48334-1567
248/855-6500
_____/

**FINAL DEFAULT JUDGMENT AS TO DEFENDANT, DONALD FERGUSON, ONLY**

       At a session of said Court, held in the United States District
       Court, Detroit, Michigan on 4/30/07

       PRESENT:    HONORABLE:   PAUL D. BORMAN
                                         U.S. DISTRICT COURT JUDGE

      A Default having been duly entered on May 24, 2006, against Defendants Commercial Interior Systems, Inc. and Donald Ferguson pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; a Default Judgment as to Liability and for Order Compelling Audit having been duly entered on June 27, 2006, Plaintiff's Motion for Default

1

Judgment as to Defendant, Donald Ferguson, only, its Brief in Support of Motion for Default Judgment, and its Affidavit in Support of Motion for Default Judgment having been duly filed; counsel for Plaintiff having appeared before the court; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that a judgment is entered in favor of Plaintiff and against Defendant, DONALD FERGUSON, only, in the amount of $11,635.92, which judgment is comprised of the following: fringe benefit contributions totaling $9,696.60 and liquidated damages totaling $1,939.32 for the period December 19, 2004 to February 23, 2006.

IT IS FURTHER ORDERED AND ADJUDGED that interest be added to the amount of this Judgment at the rate of  5.24  % per annum from the date of this Judgment until the same has been satisfied.

IT IS FURTHER ORDERED AND ADJUDGED that costs in the amount of $396.72 be added to the amount of this Judgment pursuant to Rule 54(d) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED AND ADJUDGED that costs and attorney fees may be taxed by the Court in accordance with 29 USC 1132(g) upon application by Plaintiff.

                                              s/Paul D. Borman  
                                              PAUL D. BORMAN  
                                              UNITED STATES DISTRICT JUDGE

Dated:  April 30, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 30, 2007.

                                          s/Denise Goodine
                                        Case Manager